IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01087-LTB-MJW

NINA WINSTON,

Plaintiff(s),

v.

CIRCUIT CITY STORES, INC., et al.,

Defendant(s).

MINUTE ORDER
DN 22

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 22) is GRANTED. The written Protective Order (docket no. 22-2) is APPROVED as amended in paragraph 21 and is made an Order of Court. The written Protective Order Regarding Cockpit Voice Recorder Tape (docket no. 22-3) is APPROVED and made an Order of Court. The written Protective Order Regarding Wreckage Preservation and Inspection (docket no. 22-4) is APPROVED and made an Order of Court.

Date:  October 24, 2007