## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 07-cv-01087-REB-CBS, 08-cv-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

    Defendants.

---

Civil Action No. 07-cv-01087-REB-CBS

NINA WINSTON, Administrator of the Estate of
DAVID WINSTON, Deceased,

    Plaintiff,

v.

CIRCUIT CITY STORES, INC., a corporation,
MARTINAIR, INC., a corporation, and
CESSNA AIRCRAFT COMPANY, a corporation,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE OF
## CIVIL ACTION NO. 07-cv-01087-REB-CBS

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Dismiss With Prejudice Civil Action No. 07-cv-01087-REB-CBS** [#391] filed August 17, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice Civil Action No. 07-cv-01087-REB-CBS** [#391] filed August 17, 2010, is **GRANTED**;

2. That the Second Trial Preparation Conference set for August 20, 2010, is **VACATED** as to Civil Action No. 07-cv-01087-REB-CBS and plaintiff, Nina Winston, Administrator of the Estate of David Winston, Deceased, only;

3. That the jury trial set to commence August 23, 2010, is **VACATED** as to Civil Action No. 07-cv-01087-REB-CBS and plaintiff, Nina Winston, Administrator of the Estate of David Winston, Deceased, only; and

4. That Civil Action No. 07-cv-01087-REB-CBS is **REMOVED** from the consolidated case caption in this matter.

Dated August 17, 2010, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Bob Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge